United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUZANNE RAYLENE FIGUEROA,    Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01139 |
| UNITED STATES OF AMERICA, *et al.*,    Defendants. | § § § § | |

## ORDER

Pending before the Court is Plaintiff Suzanne Raylene Figueroa's Motion for Permission to Electronically File Documents in CM/ECF (Dkt. 6), requesting access to file electronically. This District does not have any provision for allowing such access to non-attorneys. Accordingly, the Court **DENIES** the motion (Dkt. 6).

SIGNED at Houston, Texas on April 7, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE