United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SUZANNE RAYLENE FIGUEROA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-1139 |
| | § | |
| UNITED STATES OF AMERICA, *et al*., | § | |
| | § | |
| | § | |
| Defendants. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 30, 2025, this case was referred to United States Magistrate Judge Richard W. Bennett for all pretrial purposes. (Dkt. 31). Judge Bennett filed a Memorandum and Recommendation on December 11, 2025, recommending that this case be **DISMISSED WITHOUT PREJUDICE** on Defendants' motions for lack of subject matter jurisdiction. (Dkt. 66).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Bennett's Memorandum and Recommendation (Dkt. 66) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)    Defendants' motions to dismiss under Federal Rule of Civil Procedure 12(b)(1) (Dkt. 30; Dkt. 36) are **GRANTED**; and

(3)    This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

It is so **ORDERED**.

SIGNED and ENTERED this 13th day of February 2026.


_____

GEORGE C. HANKS, JR.

UNITED STATES DISTRICT JUDGE